IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02292-BNB

MONTGOMERY CARL AKERS,

    Plaintiff,

v.

R. WILEY, Warden,
MR. BAUER, Health Services Ad.,
CHRISTOPHER SYNSVOLL, Legal Dept., and
JOHN DOES 3-5,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Montgomery Carl Akers is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary, Administrative Maximum, at Florence, Colorado. Mr. Akers has filed *pro se* a Prisoner Complaint and two motions seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. On November 19, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Akers to show cause why this action should not be dismissed for failure to comply with an order restricting his ability to file *pro se* actions in this Court. On December 13, 2007, Mr. Akers filed his response to the show cause order.

The Court must construe the Prisoner Complaint and the response to the show cause order liberally because Mr. Akers is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *See Hall*, 935

F.2d at 1110. For the reasons stated below, the Court will dismiss the complaint and the action.

Mr. Akers is subject to a sanction order that restricts his ability to file *pro se* actions in this Court. See *Akers v. Sandoval*, No. 94-B-2445 (D. Colo. June 20, 1995), *aff'd*, 100 F.3d 967 (10th Cir. 1996). In 94-B-2445, Mr. Akers was

> enjoined and prohibited from initiating any civil action in the
> United States District Court for the District of Colorado
> without representation by an attorney licensed to practice in
> the State of Colorado or duly admitted to practice in the
> United States District Court for the District of Colorado
> unless he first obtains leave of court to proceed pro se.

*Id.* at 3. As Magistrate Judge Boland correctly noted in his order directing Mr. Akers to show cause why this action should not be dismissed, Mr. Akers is not represented by an attorney in this action and he did not obtain leave of court to proceed *pro se* prior to filing this action.

Mr. Akers raises two arguments in his response to Magistrate Judge Boland's show cause order. He first argues that the sanction order in 94-B-2445 erroneously enjoins him from filing further civil suits in this Court. The Court assumes that Mr. Akers is challenging the propriety of the sanction order. However, such an argument is foreclosed by the fact that the propriety of the sanction order was upheld on appeal by the United States Court of Appeals for the Tenth Circuit. See *id.*

Mr. Akers next argues that the sanction order is not enforceable in this action pursuant to 28 U.S.C. § 1915(g) because he is seeking medical treatment and is at risk of serious bodily injury. Section 1915(g), which prohibits a prisoner from proceeding *in forma pauperis* if the prisoner has three or more prior frivolous dismissals, provides an

2

exception if the prisoner is under imminent danger of serious physical injury. However, this argument lacks merit because the sanction order in 94-B-2445 is not related in any way to § 1915(g) and Mr. Akers is not being denied leave to proceed *in forma pauperis* pursuant to § 1915(g) in this action. Instead, in accordance with the sanction order in 94-B-2445, he is prohibited from proceeding *pro se* without permission.

Therefore, the Court finds that the instant action must be dismissed because Mr. Akers has failed to comply with the sanction order imposed in 94-B-2445 that restricts his ability to file *pro se* actions in this Court. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for failure to comply with the sanction order entered in 94-B-2445. It is

FURTHER ORDERED that the motions seeking leave to proceed *in forma pauperis* are denied as moot.

DATED at Denver, Colorado, this 18 day of December, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02292-BNB

Montgomery C. Akers
Reg. No. 02866-081
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/19/07

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk